S.I.R.P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Dionna Crisp,
    Plaintiff,

Civil Case No.:

FILED - GR
December 13, 2023 11:34 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: /s/ 12/13/2023

1:23-cv-1298
Paul L. Maloney
United States District Judge

V

Gen3 Defense and Aerospace,
    Defendant,

Re: Dionna Crisp v. Gen3 Defense and Aerospace

NOW COMES, Mrs. Dionna Crisp, against Gen3 Defense and Aerospace, with specific focus on the actions of its Assistant Human Resource Manager, Ms. Buffy Scalski. Ms. Crisp is pursuing a civil lawsuit against Gen3 Defense and Aerospace for verbal sexual and racial assault perpetrated by Ms. Scalski.

Parties Involved:

Plaintiff: Dionna Crisp

Defendant: Gen3 Defense and Aerospace

Background:

Mrs. Dionna Crisp was employed by Gen3 Defense and Aerospace, located at 5730 Eagle Drive, SE, Grand Rapids, MI 49512. Ms. Buffy Scalski, a Human Resource Manager at the same organization, engaged in repeated instances of verbal sexual harassment towards Ms. Crisp; which began on November 8, 2023, culminating in a final incident on November 15, 2023, at approximately 3:30 PM.

Incidents of Verbal Sexual Harassment:

Ms. Scalski, on several occasions, made unwarranted and sexually suggestive comments towards Ms. Crisp, targeting her body and overall appearance. These comments created a hostile work environment and were in violation of Mrs. Crisp's rights as an employee.

Final Verbal Sexual Assault:

On November 15, 2023, Ms. Scalski escalated her inappropriate behavior to a final verbal sexual assault by uttering racially improper language. She directed a highly offensive and racist comment towards Mrs. Crisp, stating, "Get moving, you sexy black bitch." This egregious statement prompted Ms. Crisp to immediately resign from her position due to the intolerable working conditions created by Ms. Scalski.

Legal Action:

Mrs. Crisp is filing this legal brief to bring Gen3 Defense and Aerospace to court for failing to prevent and address the continuous verbal sexual and racial assault perpetrated by Ms. Scalski. The hostile work environment created by Ms. Scalski's actions has caused Ms. Crisp significant emotional distress, prompting her resignation.

Relief Sought:

Compensation for damages incurred by Ms. Crisp, including emotional distress, loss of income, and associated expenses.
Injunctive relief to ensure a safe and harassment-free workplace environment at Gen3 Defense and Aerospace.
Punitive damages against Gen3 Defense and Aerospace to deter future instances of workplace harassment and misconduct.

Conclusion:

This legal brief serves as the initial step in Ms. Crisp's pursuit of justice against Gen3 Defense and Aerospace for the egregious acts committed by its employee, Ms. Buffy Scalski. We kindly request the court's attention to this matter and look forward to a fair and just resolution.

_____
Dionna Crisp, Petitioner
Sworn to as true and correct under the
penalties of perjury pursuant to 26 U.S.C. 7502.

2144 Nelson Ave S.E
Grand Rapids MI.
49507

December 13, 2023

3