UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DIONNA CRISP,

    Plaintiff,

v.                                                Hon. Paul L. Maloney

GEN3 DEFENSE AND AEROSPACE,           Case No. 1:23-cv-01298

    Defendant.

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, filed her complaint in this case on December 13, 2023, alleging harassment based on her race and sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* Plaintiff paid the filing fee, and a summons was issued the same day and returned to Plaintiff for service.

On February 13, 2024, the Court issued an order that Plaintiff show cause by February 27, 2024, why a report and recommendation should not issue recommending that this action be dismissed without prejudice for failure to timely serve Defendant within the 90-day period set forth in Fed. R. Civ. P. 4(m). (ECF No. 5.) Plaintiff was given until March 12, 2024, to effect proper service. Plaintiff has failed to respond.

As such, the undersigned hereby recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this court. Timely objections to this Report and Recommendation shall be considered plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: March 18, 2024                                            /s/ Sally J. Berens
                                                                   SALLY J. BERENS
                                                                    U.S. Magistrate Judge

2

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).