UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIONNA CRISP,

    Plaintiff,

v.

    Case No. 1:23-cv-1298

GEN3 DEFENSE AND AEROSPACE,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on December 13, 2023. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 18, 2024, recommending that this Court dismiss the case for lack of prosecution and failure to comply with the rules and orders of the court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D. Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of the court.

A Judgment will be entered consistent with this Order.

Dated: April 10, 2024                                            /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge