UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIONNA CRISP,

    Plaintiff,

v.

    Case No. 1:23-cv-1298

    HONORABLE PAUL L. MALONEY

GEN3 DEFENSE AND AEROSPACE,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: April 10, 2024                       /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge